IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LORI A. ROBERTS                                                                                          PLAINTIFF

VS.                                         CASE NO. 11-CV-1042

PATRICK R. DONAHOE, POSTMASTER GENERAL
UNITED STATES POSTAL SERVICE                                                              DEFENDANT

## AMENDED ORDER

The Court entered a dismissal order on February 11, 2013, stating that this case was dismissed with prejudice. (ECF No. 22). However, the order should have stated that the case was *dismissed without prejudice*. The previous dismissal order (ECF No. 22) should be disregarded, and the Court hereby enters an Amended Order as follows:

Before the Court is a Stipulation for Voluntary Dismissal Without Prejudice. (ECF No. 21). The parties stipulate that the Court should enter an order of dismissal without prejudice and that Plaintiff reserves the right to re-file this action within the time permitted by law. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), the above styled and numbered case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of February, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge